MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
MOLLY K. MOSLEY, State Bar No. 185483
Supervising Deputy Attorney General
MICHAEL SAPOZNIKOW, State Bar No. 242640
GINA TOMASELLI, State Bar No. 267090
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7344
 Fax: (916) 323-7095
 E-mail: Michael.Sapoznikow@doj.ca.gov
*Attorneys for Defendant Nicolas Maduros,
Director, California Department of Tax & Fee
Administration*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ONLINE MERCHANTS GUILD,**<br><br>                                   Plaintiff,<br><br>**v.**<br><br>**NICOLAS MADUROS, DIRECTOR, CALIFORNIA DEPARTMENT OF TAX & FEE ADMINISTRATION,**<br><br>                                   Defendant. | 2:20-cv-01952-MCE-DB<br><br>**ORDER GRANTING REQUEST TO SEAL OPPOSITION TO PRELIMINARY INJUNCTION MOTION AND EXHIBITS**<br><br>Judge:         The Honorable Morrison C. England, Jr.<br>Trial Date:    Not Set<br>Action Filed: September 29, 2020 |

　　The Court has received defendant's request to seal defendant's opposition to plaintiff's motion for a preliminary injunction and certain exhibits attached to the Declaration of Theresa Nixon. Having considered the request to seal and all other papers submitted in connection thereto, and good cause appearing, the Court ORDERS the Clerk of the Court to seal Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction and Exhibits A and B to the Nixon Declaration pursuant to Civil Local

Rule 141. The documents shall remain sealed for a period of one year from the date this Order is electronically filed unless Defendant seeks to extend the time of sealing before that term expires.

IT IS SO ORDERED.

Dated: April 14, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE