# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
| v. | ) | Case No.: |
|  | ) | |
|  | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
*Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $ _____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .      _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .      _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      _____

TOTAL    $ _____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❒    Electronic service          ❒    First class mail, postage prepaid

❒    Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                                                Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
_____                                          _____                                      _____
*Clerk of Court*                                                    *Deputy Clerk*                                           *Date*

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569


VERITEXT LEGAL SOLUTIONS

| Bill To: | Michael Sapoznikow<br>California Department of Justice<br>1300 I St.<br>Sacramento, CA, 95814-2952 | Invoice #:<br>Invoice Date:<br>Balance Due: | 4905162<br>3/23/2021<br>$2,494.05 |
|---|---|---|---|

**Case:** Online Merchants Guild v. Nicolas Maduros, Director (2:20cv01952MCEDB)     **Proceeding Type:** Depositions

Job #: 4480346   |   Job Date: 3/11/2021   |   Delivery: Expedited
Location:           Los Angeles, CA
Billing Atty:       Michael Sapoznikow
Scheduling Atty:    Michael Sapoznikow | California Department of Justice

| Witness: Brian Freifelder | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 134.00 | $951.40 |
| Exhibits | 68.00 | $44.20 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |

| Witness: Mindy J. Wright | Quantity | Amount |
|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $495.00 |
| Transcript - Expedited | 67.00 | $110.55 |
| Exhibits | 66.00 | $42.90 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |

|  | Quantity | Amount |
|---|---|---|
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Attendance (Full Day) | 1.00 | $300.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 |

Notes:

APPROVED FOR PAYMENT:
Case Name: ONG v. Maduros
Docket no.: 10168  130 SA2020304014
DAG Michael Sapoznikow
Signature:
Date:

Please remit payment
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Invoice #:       4905162
Invoice Date:    3/23/2021
Balance Due:     $2,494.05

150233

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---:|
| Invoice Total: | $2,494.05 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,494.05 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

150233

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---:|
| Invoice #: | 4905162 |
| Invoice Date: | 3/23/2021 |
| Balance Due: | $2,494.05 |

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael Sapoznikow<br>California Department of Justice<br>1300 I St.<br>Sacramento, CA, 95814-2952 | Invoice #: | 4905032 |
|---|---|---|---|
| | | Invoice Date: | 3/23/2021 |
| | | Balance Due: | $2,221.85 |

| Case: Online Merchants Guild v. Nicolas Maduros, Director (2:20cv01952MCEDB) | Proceeding Type: Depositions |
|---|---|

Job #: 4480362   |   Job Date: 3/12/2021   |   Delivery: Expedited

Location:  Los Angeles, CA
Billing Atty:  Michael Sapoznikow
Scheduling Atty:  Michael Sapoznikow | California Department of Justice

| Witness: Arnold Norman | Quantity | Amount |
|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $495.00 |
| Transcript - Expedited | 78.00 | $171.60 |
| Exhibits | 66.00 | $42.90 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |

| Witness: Denise Rasbid | Quantity | Amount |
|---|---|---|
| Minimum Charge for Services Rendered | 1.00 | $495.00 |
| Transcript - Expedited | 74.00 | $162.80 |
| Exhibits | 7.00 | $4.55 |
| Litigation Package-Secure File Suite | 1.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 |

| | Quantity | Amount |
|---|---|---|
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Attendance (Full Day) | 1.00 | $300.00 |
| Electronic Delivery and Handling | 1.00 | $45.00 |

Notes:

APPROVED FOR PAYMENT:
Case Name: OMG v. Maduros
Docket no.: 10168  130  SA2020304014
DAG Michael Sapoznikow
Signature:
Date:

| Please remit payment<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | To pay online, go to www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Invoice #: | 4905032 |
|---|---|---|---|
| | | Invoice Date: | 3/23/2021 |
| | | Balance Due: | $2,221.85 |

150233

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Invoice Total: | $2,221.85 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,221.85 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

150233

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Invoice #:          4905032
Invoice Date:    3/23/2021
Balance Due:    $2,221.85

# CERTIFICATE OF SERVICE

| Case Name: | **Online Merchants Guild v. Maduros** | No. | **2:20-cv-01952-MCE-DB** |

I hereby certify that on <u>November 8, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **BILL OF COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 8, 2021</u>, at Sacramento, California.

|  K. Vitalie  |  */s/ K. Vitalie*  |
| Declarant | Signature |

SA2020304014
35643123.docx