ROB BONTA, State Bar No. 202668
Attorney General of California
MOLLY K. MOSLEY, State Bar No. 185483
Supervising Deputy Attorney General
MICHAEL SAPOZNIKOW, State Bar No. 242640
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7344
 Fax:  (916) 323-7095
 E-mail:  Michael.Sapoznikow@doj.ca.gov
*Attorneys for Defendant Nicolas Maduros,
Director, California Department of Tax and Fee
Administration*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ONLINE MERCHANTS GUILD,**<br><br>         Plaintiff,<br><br> v.<br><br>**NICOLAS MADUROS, DIRECTOR, CALIFORNIA DEPARTMENT OF TAX & FEE ADMINISTRATION,**<br><br>         Defendant. | 2:20-cv-01952-MCE-DB<br><br>**REQUEST TO EXTEND CONFIDENTIALITY SEALING ORDER**<br><br>Judge:  The Honorable Morrison C. England, Jr.<br>Trial Date: Not Set<br>Action Filed: September 29, 2020 |

   On April 15, 2021, the Court ordered that the opposition to preliminary injunction filed on April 2, 2021 by defendant Nicolas Maduros, Director, California Department of Tax and Fee Administration, and Exhibits A and B to the declaration of Theresa Nixon in support of that opposition brief, be filed under seal pursuant to Civil Local Rule 141. (Docket No. 36.)  Director Maduros respectfully requests that the court extend the order sealing those documents.

Exhibits A and B to the Nixon Declaration were produced by third party Amazon.com, Inc. in response to a subpoena. Exhibits A and B contain information about the sales and shipments of third party merchants who use Amazon.com to sell their goods. Amazon designated Exhibits A and B as confidential when Amazon produced these documents because they contain confidential and proprietary information relating to third party merchants, including specific details about sales and shipment data. Director Maduros's opposition brief included some of the confidential information contained in Exhibits A and B. A redacted version of the opposition brief was filed in the public record. (Docket No. 28.)

Amazon has recently informed Director Maduros that the proprietary and confidential nature of this information has not abated. For that reason, and for the reasons articulated in Defendant's original Request to Seal Documents (Docket No. 31), Director Maduros respectfully requests that the order sealing his Exhibits A and B be extended.

Dated: April 26, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
MOLLY K. MOSLEY
Supervising Deputy Attorney General

By: /s/ Michael Sapoznikow
MICHAEL SAPOZNIKOW
Deputy Attorney General

*Attorneys for Defendant Nicolas Maduros, Director, California Department of Tax and Fee Administration*

SA2020304014/36105342.docx