ROB BONTA, State Bar No. 202668
Attorney General of California
MOLLY K. MOSLEY, State Bar No. 185483
Supervising Deputy Attorney General
MICHAEL SAPOZNIKOW, State Bar No. 242640
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7344
 Fax: (916) 323-7095
 E-mail: Michael.Sapoznikow@doj.ca.gov
*Attorneys for Defendant Nicolas Maduros,
Director, California Department of Tax and Fee
Administration*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ONLINE MERCHANTS GUILD,**<br><br>                                Plaintiff,<br><br>         v.<br><br>**NICOLAS MADUROS, DIRECTOR, CALIFORNIA DEPARTMENT OF TAX & FEE ADMINISTRATION,**<br><br>                                Defendant. | 2:20-cv-01952-MCE-DB<br><br>**ORDER GRANTING REQUEST TO EXTEND CONFIDENTIALITY SEALING ORDER**<br><br>Judge:        The Honorable Morrison C. England, Jr.<br>Trial Date:   Not Set<br>Action Filed: September 29, 2020 |

   The Court has received defendant's request to extend the order sealing defendant's opposition to plaintiff's motion for a preliminary injunction and certain exhibits attached to the Declaration of Theresa Nixon. Having considered the request and all other papers submitted in connection thereto, and good cause appearing, the Court ORDERS that the documents shall continue to remain sealed for a period of one

year from the date this Order is electronically filed unless Defendant seeks to extend the time of sealing before that term expires.

IT IS SO ORDERED.

Dated: May 12, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE