ROB BONTA, State Bar No. 202668
Attorney General of California
MOLLY K. MOSLEY, State Bar No. 185483
Supervising Deputy Attorney General
MICHAEL SAPOZNIKOW, State Bar No. 242640
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7344
 Fax: (916) 323-7095
 E-mail: Michael.Sapoznikow@doj.ca.gov
*Attorneys for Defendant Nicolas Maduros,
Director, California Department of Tax and Fee
Administration*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ONLINE MERCHANTS GUILD,**<br><br>                                  Plaintiff,<br><br>v.<br><br>**NICOLAS MADUROS, DIRECTOR, CALIFORNIA DEPARTMENT OF TAX & FEE ADMINISTRATION,**<br><br>                                  Defendant. | 2:20-cv-01952-MCE-DB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge:         The Honorable Morrison C. England, Jr.<br>Trial Date:    Not Set<br>Action Filed: September 29, 2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Gina Tomaselli is no longer employed by the Office of the Attorney General of California and is no longer counsel of record in this matter. Service on Defendants should continue to be addressed to Michael Sapoznikow using the street address, telephone and fax numbers, and email address identified above.

| | | |
|---|---|---|
| 1 | Dated: October 18, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | ROB BONTA<br>Attorney General of California<br>MOLLY K. MOSLEY |
| 4 | | Supervising Deputy Attorney General |

By: /s/ Michael Sapoznikow
MICHAEL SAPOZNIKOW
Deputy Attorney General

*Attorneys for Defendant Nicolas Maduros, Director, California Department of Tax and Fee Administration*

SA2020304014/36645765.docx

# CERTIFICATE OF SERVICE

| Case Name: | **Online Merchants Guild v. Maduros** | No. | **2:20-cv-01952-MCE-DB** |
|---|---|---|---|

I hereby certify that on <u>October 18, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **NOTICE OF WITHDRAWAL OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 18, 2022</u>, at Sacramento, California.

| K. Vitalie | */s/ K. Vitalie* |
|---|---|
| Declarant | Signature |

SA2020304014
36646902.docx